

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| FRANKIE BELL<br>    FED. REG. #00146-099<br>VS.<br><br>WARDEN JOE KEFFER | CIVIL ACTION NO. 09-0222<br><br>SECTION P<br>JUDGE DRELL<br>MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** for failing to state a claim for which relief might be granted.

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this ___ day of December, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE